The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.M.C. GLOBAL INC., a Washington corporation,

Plaintiff,

v.

SIG SAUER INC., a Delaware corporation,

Defendant.

Case No. 2:26-cv-01630

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter having come before the Court upon the parties' Stipulated Motion (**Dkt 14**) for an Extension of Time to Respond to Complaint (the "Motion"), the Court finds that the parties have shown good cause for the requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant Sig Sauer Inc. is authorized to answer or otherwise respond to plaintiff U.M.C. Global Inc.'s complaint on or before July 31, 2026.

SO ORDERED this 22nd day of July 2026.



JUDGE JOHN C. COUGHENOUR



**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

Jointly Presented By:

MILLER NASH LLP

*s/ James T. Yand*
James T. Yand, WSBA No. 18730
james.yand@millernash.com
206.777.7404
Lacee L. Curtis, WSBA No. 49953
lacee.curtis@millernash.com
206.777.7540

Attorneys for Defendant Sig Sauer Inc.

CARSON & NOEL, PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
Patrick D. Moore, WSBA No. 54177
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 395-7786
Email: wright@carsonnoel.com
Email: patrick@carsonnoel.com

Attorneys for Plaintiff U.M.C. Global Inc.



**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599