The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.M.C. GLOBAL INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-01630<br><br>**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBIT A TO THE COMPLAINT AND TO REDACT PORTIONS OF THE COMPLAINT** |

This matter came before the Court on Defendant Sig Sauer Inc's ("SIG") **unopposed** Motion to Seal Exhibit A to the Complaint and to Redact Portions of the Complaint (the "Motion") (**Dkt No 26**). The Court considered the Motion, the Declaration of Andy York, the papers on file, and the applicable legal standard under Local Civil Rule 5(g). The Motion was unopposed.

The Court FINDS that:

1. There is a strong presumption of public access to the Court's files, which a party may overcome only by satisfying the applicable legal standard.

2. Because the Complaint and Exhibit A are more than tangentially related to the merits of this action, the "compelling reasons" standard governs SIG's request.

3. Compelling reasons support the requested relief. Exhibit A (the parties' March 5, 2020 Manufacturing Agreement) and the identified portions of the Complaint are alleged to



**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

contain SIG's confidential and proprietary commercial information, including its demand forecasts and projected volumes, backorder data, unreleased product plans, sourcing and discontinuation strategy, and component sourcing and specifications, the public disclosure of which could harm SIG's competitive standing. Further, the contract attached as Exhibit A recites that the parties agreed to keep such information confidential and indeed to keep the terms and conditions contained in the contract as confidential. Such proprietary business information is a recognized compelling reason to seal at this juncture.

4. SIG has satisfied the requirements of Local Civil Rule 5(g)(3), including the certification of conferral and a specific statement of the interests warranting relief, the injury that would result from denial, and why a less restrictive alternative is insufficient. The relief granted is narrowly tailored: it seals a single exhibit and redacts discrete passages of the Complaint while leaving the balance of the Complaint publicly available.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Exhibit A to the Complaint (Dkt. No. 1) shall be SEALED. **The Clerk is directed to maintain Exhibit A (Dkt. No. 1 at 12–18) under seal until further order of the Court**.

2. SIG's proposed redactions to the Complaint at ¶¶ 8, 17, 18, 19, 21, 22–23, 24, 26, 29–30, and 33–34 are APPROVED.

3. Within 10 days of this Order, the currently public, unredacted Complaint and Exhibit A (**Dkt. No. 1 at 12–18**) shall be replaced on the docket as follows: (i) a redacted version of the Complaint reflecting the approved redactions as attached hereto shall be filed publicly as shown in the attached exhibit; (ii) an unredacted version of the Complaint shall be filed under seal; and (iii) Exhibit A shall be filed as a separate sealed docket entry, with an otherwise blank page reading "EXHIBIT A — FILED UNDER SEAL" filed publicly in its place.

4. The sealed documents shall remain under seal until further order of the Court.



**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

5. This order and the above findings are without prejudice to any party later seeking to unseal such materials or to challenge the confidential nature of the materials as may be developed by later discovery.

SO ORDERED this 27th day of October 2026.

JUDGE JOHN C. COUGHENOUR

Presented By:

MILLER NASH LLP

*/s/ Brian W. Esler*
James T. Yand, WSBA No. 18730
james.yand@millernash.com
Lacee L. Curtis, WSBA No. 49953
lacee.curtis@millernash.com
Brian Esler WSBA No. 22168
brian.esler@millernash.com

*Attorneys for Defendant*

4932-7536-9176.1



**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599