THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.M.C. GLOBAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER INC.,<br><br>Defendant. | CASE NO. C26-1630-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 29) of the Court's order dismissing trade secret appropriation counterclaims (Dkt. No. 24). In so moving, Defendant fails to establish that the Court committed manifest error[1] in its prior ruling or provide it with new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion (Dkt. No. 29) is DENIED.

//

//

[1] To be clear, the Court considered the import of *T-Mobile USA, Inc. v. Huawei Device USA, Inc.*, 115 F. Supp. 3d 1184 (W.D. Wash. 2015) in its order, but found the case inapt, given that all asserted trade secrets at issue here are contained within the agreement included with Plaintiff's complaint (and thus facially apparent).

DATED this 2nd day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk